UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSANA E. DE-GIBER,

        Plaintiff,

v.                                                                             Case No. 11-14407
                                                                                   Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## **JUDGMENT**

      In accordance with the Order entered this date and the Court having entered an order granting Defendant's Motion for Summary Judgment and dismissing the case;

      Accordingly, judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Susana E. De-Giber.

                                                          DAVID J. WEAVER
                                                          CLERK OF COURT


                                                     BY:  s/LaShawn R. Saulsberry
                                                           DEPUTY CLERK

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on January 31, 2013, by electronic and/or ordinary mail.

                                                           s/LaShawn R. Saulsberry
                                                           Case Manager